IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DORIS McGARY,                          *
                                       *
        Plaintiff,                     *
                                       *
vs.                                    *   Civil Action No.05-00408-KD-B
                                       *
JO ANNE B. BARNHART,                   *
Commissioner of                        *
Social Security,                       *
                                       *

ORDER

        After due and proper consideration of all portions of this

file deemed relevant to the issues raised, and there having been no

objections filed, the Report and Recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 17,

2007, is **ADOPTED** as the opinion of this Court.

        **DONE** and **ORDERED** this the 13th day of February , 2007.


                              s/ Kristi K. DuBose
                             KRISTI K. DuBOSE
                             UNITED STATES DISTRICT JUDGE